United States District Court
Southern District of Texas
**ENTERED**
September 22, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ETHAN WADDELL, SR., § § Plaintiff, § § v. § § MIDLAND CREDIT MANAGEMENT, § INC., § § Defendant. § | CIVIL ACTION NO. H-21-2656 |

### FINAL JUDGMENT

In accordance with the court's Order granting Defendant's Motion to Dismiss, this action is **DISMISSED WITHOUT PREJUDICE.**

Each party is responsible for its own costs.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, this 22nd day of September, 2021.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE